COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIGUEL VIDALES, | § | No. 08-12-00195-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| JP MORGAN CHASE, N.A. & DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-2, | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV-04577) |
| Appellees. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of jurisdiction. Finding there is no appealable order, we dismiss the appeal for want of jurisdiction.

Appellant, Miguel Vidales, is attempting to appeal from an order denying a temporary restraining order which was sought to temporarily abate a foreclosure sale. On June 27, 2012, the Clerk of the Court notified Appellant that this was not an appealable order and gave notice of the Court's intent to dismiss for want of jurisdiction unless, within ten days of the notice, a party responded showing grounds to continue the appeal. No response has been filed.

It is well settled that appellate courts have jurisdiction over final judgments, and such

interlocutory orders as the Legislature deems appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App. – El Paso 1997, no pet.). A party may appeal from an interlocutory order that grants or denies a temporary injunction or overrules a motion to dissolve a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2012). However, there is no statutory provision authorizing an appeal from the grant or denial of a temporary restraining order. *Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 680-81 (Tex. App. – Houston [14th Dist.] 2005, no pet.). Therefore, a temporary restraining order is generally not an appealable order. *In re Tex. Natural Res. Conservation Com'n*, 85 S.W.3d 201, 205 (Tex. 2002) (citing *Del Valle Indep. Sch. Dist. v. Lopez*, 845 S.W.2d 808, 809 (Tex. 1992)); *In re Newton*, 146 S.W.3d 648, 652-53 (Tex. 2004). Because there is no statute permitting our review of a trial court's order denying a temporary restraining order, we dismiss the appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).


                                       GUADALUPE RIVERA, Justice

July 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

2